IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-247-MOC-DSC

| FRANCIS GOODMAN, ET. AL., | ) |
|---|---|
| Plaintiffs, | ) |
| v. | ) |
| DEPUY ORTHOPAEDICS, INC., ET. AL., | ) |
| Defendants. | ) |

## ORDER

**THIS CAUSE** is before the Court upon Motion of the Defendants for an order staying this proceeding pending transfer by the MDL panel.

For the reasons stated therein, the Motion is <u>granted</u>. All proceedings are stayed and all deadlines are vacated in this action until the case is transferred to MDL 2244.

**SO ORDERED**.

Signed: May 15, 2014

David S. Cayer
United States Magistrate Judge